# THE LAW FIRM OF DMITRIY SHAKHNEVICH

ADMITTED IN NEW YORK AND NEW JERSEY

December 5, 2019

**VIA ECF**
Judge Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. The initial case management conference scheduled for December 10, 2019, is ADJOURNED to **December 11, 2019, at 10:00 a.m.** SO ORDERED.
>
> Barbara Moses, U.S.M.J., December 5, 2019

Re: O'Rourke v. Upper East Chemists, Inc.
**Case No.: 1:19-CV-08764, Southern District of New York**

Dear Judge Moses:

**MEMO ENDORSED**

This office represents the Defendants in the above-referenced action. This matter was scheduled for an Initial Conference before Your Honor on December 10, 2019. Just three (3) days ago, this office received notice that it is to appear on another matter on that date and at that time. As this matter is a federal matter, this office has spent these days trying to obtain an adjournment in that proceeding. However, no response has yet been received. This office is filing this letter-motion as a precautionary measure. Our office does not want to wait any longer and risk that our office would appear egregiously late for the Conference before Your Honor.

As such, kindly allow this to serve as a request to adjourn this Conference simply a day, to the morning of December 11, 2019. If Your Honor is kind enough to consider this application, our office also suggests the mornings of December 13, 16 or 18.

Our office has discussed this matter with opposing counsel and has obtained their consent. This is the first such application being made in this matter and our office profusely apologizes for this dilemma. It was truly unanticipated.

Thank you for the Court's kind consideration of this application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

Very Truly Yours,

Dmitriy Shakhnevich, Esq.

*[Remainder of this page intentionally left blank]*

The Woolworth Building | 233 Broadway, Suite 900 | New York, New York 10279
T: (212) 913-9703 | F: (212) 913-9702 | E: ds@dshaklaw.com | W: www.dshaklaw.com