UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER O'ROURKE,

    Plaintiff,

-against-

UPPER EAST CHEMISTS, INC.,

    Defendant.

19-CV-8764 (PGG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/19

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the initial case management conference scheduled for December 11, 2019, at 10:00 a.m., is ADJOURNED to **January 9, 2020, at 11:30 a.m.** All other provisions of the Court's Order Scheduling Initial Case Management Conference (Dkt. No. 14) remain in effect.

Dated: New York, New York
      December 10, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**