USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER O'ROURKE,

    Plaintiff,

-against-

UPPER EAST CHEMISTS, INC.,

    Defendant.

19-CV-8764 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the addition of INT Realty LLC (INT) as a party defendant on February 11, 2020 (Dkt. No. 27), and of the fact that INT has neither been served nor appeared in this action, the initial case management conference scheduled for February 25, 2020, at 11:00 a.m. is ADJOURNED *sine die*.

No later than **one week after the date of INT's appearance in this action**, the parties shall file a **joint letter** providing the Court with all dates in the following six weeks on which **each party's principal trial attorney** is available for a rescheduled initial case management conference. Judge Moses ordinarily holds such conferences in the morning, Monday through Thursday.

Dated: New York, New York
      February 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**